IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CORNELIUS JAMES CALDWELL, | | No. CIV S-11-2698-CMK-P |
| Petitioner, | | |
| vs. | | ORDER |
| STATE OF CALIFORNIA, | | |
| Respondent. | | |
| _____/ | | |

  Petitioner, a state prisoner, brings this action *in propria persona*. Plaintiff has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

  On April 12, 2012, the court dismissed petitioner's petition and directed petitioner to choose whether to proceed in this action with a habeas petition challenging a conviction or as a civil rights action challenging the conditions of his confinement. Petitioner was instructed to file an amended pleading in accordance with his decision on how to proceed within 30 days. Petitioner was warned that failure to file an amended pleading may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, petitioner has not complied.

1       Petitioner shall show cause in writing, within 20 days of the date of this order,
2 why this action should not be dismissed for failure to file an amended petition.  Petitioner is
3 again warned that failure to respond to this order may result in dismissal of the action for the
4 reasons outlined above, as well as for failure to prosecute and comply with court rules and orders.
5 See id.
6       IT IS SO ORDERED.

 DATED: June 25, 2012

                                                          _____
                                                          **CRAIG M. KELLISON**
                                                           UNITED STATES MAGISTRATE JUDGE