1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    CORNELIUS JAMES CALDWELL,                    No. CIV S-11-2698-CMK-P

12                  Petitioner,

13         vs.                                      ORDER

14    STATE OF CALIFORNIA,

15                  Respondent.

16    _____/

17          Petitioner, a state prisoner, brings this action *in propria persona*.  Petitioner has

18    consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has

19    been served or appeared in the action.  The court issued an order to show cause on June 26, 2012,

20    requiring petitioner to show cause why this action should not be dismissed for failure to file an

21    amended petition.  Petitioner has not responded to the court's order.

22          On April 12, 2012, the court issued an order dismissing petitioner's petition and

23    outlining the defects in this action.  Petitioner was provided an opportunity to file an amended

24    petition, or decide if he wished to proceed in a civil rights action pursuant to 42 U.S.C. § 1983

25    instead.  Petitioner failed to file either an amended petition or a civil rights complaint as directed.

26    On June 26, 2012, petitioner was then directed to show cause why this action should not be

1  dismissed for his failure to comply with the court's order.  Petitioner was warned that failure to

2  respond to the order to show cause may result in the dismissal of this action for the reasons

3  outlined as well as for failure to prosecute and comply with court rules and orders.  See Local

4  Rule 110.

5          Petitioner has not responded to the court's order as directed.  The undersigned

6  finds it appropriate to dismiss this action for petitioner's failure file an amended petition and

7  failure to comply with the court's order.

8          Accordingly, IT IS HEREBY ORDERED that:

9          1.      This action is dismissed; and

10         2.      The Clerk of the Court is directed to enter judgment and close this case.

11

12   DATED: August 10, 2012

13                                                      _____

14                                                      **CRAIG M. KELLISON**
                                                        UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26